M. P. No. 76-391. GILBANE BUILDING COMPANY *v.* VINCENT A. CIANCI, JR. *et al.* Petition for writ of certiorari is granted and the petition shall issue forthwith. Petitioners' motion for special assignment is granted and this matter is assigned to the calendar for November 8, 1976 for oral argument. This matter is consolidated with the case of *Gilbane Building Company* v. *Cianci, et al.* No. 76-392-A, for briefs and oral argument. *John T. Walsh, Jr.,* for plaintiff-respondent. *Abedon & Visconti, Girard R. Visconti,* for defendant-petitioner.

C. A. No. 76-75. GREATER PROVIDENCE DEPOSIT CORPORATION *v.* SUNDEL *et al.* Motion of counsel to withdraw and the motion of the plaintiff to dismiss the defendants' appeal are assigned to the calendar for November 8, 1976 for hearing at 9:30 a.m. *Adler, Pollock & Sheehan, Incorporated, John E. Moore,* for plaintiff. *Salvatore L. Romano, Jr.,* for defendants.

C. A. No. 76-187. STATE *v.* ANTHONY SFAMENI. Motion of State to file a motion to affirm out of time is denied. This matter is assigned to the calendar for November 8, 1976, for oral argument. Bevilacqua, C.J. did not participate. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *John F. Cicilline,* for defendant.

C. A. No. 76-293. STATE *v.* EUGENE MONTEIRO. Motion of defendant for an appointment of an attorney other than the Public Defender is granted. John M. Roney is appointed to represent the defendant. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *John M. Roney,* for defendant.